authority of the mortgagor, or under circumstances that would make him chargeable with the premium, the mortgagor, in case of a loss, is entitled to have the proceeds of the insurance applied in liquidation of the mortgage debt *pro tanto*." (Cases cited).

■■ The trial court properly found the law and the equities to favor American.

We accordingly affirm the decree of the trial court.

Judgment affirmed.

DRUCKER and ENGLISH, JJ., concur.

ANITA BOGDAN, Plaintiff-Appellant, *v.* WALTER BOGDAN, Defendant-Appellee.

(No. 53773; ▇▇▇▇▇▇▇▇▇▇

First District—November 23, 1970.

Opinion by Mr. JUSTICE BURMAN.

Joseph R. Curcio, of Chicago, (Sidney Z. Karasik, of counsel,) for appellant.

Anthony Caliendo, of Melrose Park, for appellee.